**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01677-CR

**MELVIN CELESTINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F08-61495-I**

## ORDER

The Court **GRANTS** appellant's August 26, 2013 motion for leave to file supplemental and reply brief.

We **ORDER** the Clerk of the Court to file the supplemental and reply brief tendered as of the date of this order.

/s/    LANA MYERS
       JUSTICE